**George E. JACKSON v. UNITED STATES of America.**

No. 4635.

United States Court of Appeals Tenth Circuit.

March 10, 1953.

No one for appellant.

Robert E. Shelton, U. S. Atty., and Harry G. Foreman, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, on ground notice of appeal was not filed in time.

**William KELLY, Appellant, v. GENERAL ELECTRIC COMPANY.**

No. 11037.

United States Court of Appeals Third Circuit.

Argued June 19, 1953.

Decided June 24, 1953.

Charles A. Lord, Philadelphia, Pa. (Richter, Lord & Farage, Philadelphia, Pa., on the brief), for appellant.

Charles J. Biddle, Philadelphia, Pa. (Francis Hopkinson, Drinker Biddle & Reath, Philadelphia, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

This is an appeal from a summary judgment in favor of the defendant in a suit by the plaintiff, an injured employee, under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq. The sole question in the case is whether the district court erred in holding that the defendant is not a common carrier by railroad within the meaning of that Act and entering summary judgment accordingly. We find ourselves in complete agreement with the views expressed in the able and comprehensive opinion filed by Judge Clary in the district court, 110 F.Supp. 4, to which we need add nothing.

The judgment of the district court will be affirmed.